# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MATTHEW BANNIER, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

      v.                        Case No. 17-CV-343

GIBSON & SHARPS, P.S.C.,

                Defendant.

## ORDER OF DISMISSAL

Based upon the stipulation of the parties (ECF No. 10), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 15th day of May, 2017.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge